# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER KOTT

NO. 2026 KW 0322

**JUNE 15, 2026**

---

In Re:     Walter Kott, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           378041.

---

**BEFORE:     WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**CHH**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT